DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOYCE KNIGHT,**
Appellant,

v.

**DANIELLE CARUSO, RICK BERNAT,** and **CATHERINE PAOLILLO**
(f/k/a CATHERINE DEL RE),
Appellees.

No. 4D21-3619

[January 26, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 10-045720 14.

Kenneth J. Kavanaugh of Kenneth J. Kavanaugh, P.A., Miramar, for appellant.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***